UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS, | No. 2:18-cv-3129 KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. STRUVE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with a civil rights action under 42 U.S.C. § 1983. On February 27, 2019, plaintiff voluntarily dismissed this action so that he could exhaust his administrative remedies. On March 7, 2019, plaintiff filed a request concerning filing fees. He asked whether he will still be responsible for the $400.00 filing fee in this action, and still be charged another $400.00 when he re-files an action following exhaustion.

Plaintiff is informed that because he was granted leave to proceed in forma pauperis in this action, he was assessed the statutory filing fee of $350.00.[1] Even though plaintiff subsequently dismissed this action, he must still pay the entire $350.00 filing fee because he filed

////

---

[1] Court filing fees are $350.00 plus a $50.00 administrative fee. See 28 U.S.C. §§ 1914(a), 1915(a). However, litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

this action and the filing fee is required to be imposed by federal statute. 28 U.S.C. § 1915. The court has no legal authority to waive the imposition of the filing fee.

Similarly, when plaintiff files a new action following exhaustion of administrative remedies, plaintiff must seek leave to proceed in forma pauperis to avoid payment of the $400.00 filing fee. If plaintiff is again granted leave to proceed in forma pauperis, he will be required to pay the $350.00 filing fee, but will be able to make payment in installments as described in the December 19, 2018 order (ECF No. 7).

IT IS SO ORDERED. (ECF No. 17.)

Dated: March 13, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/evan3129.cla